IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

JOHN BARRETT BICKNELL,       )
                             )
    Plaintiff,               )
                             )       CIVIL ACTION NO.
    v.                       )         2:18cv833-MHT
                             )              (WO)
WETUMPKA SHERIFF'S           )
DEPARTMENT,                  )
                             )
    Defendant.               )

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining that in 2013 he was subjected to excessive force by law-enforcement officers employed by the defendant sheriff's department. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed due to the passage of the statute of limitations. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes

that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 30th day of October, 2018.

                                    /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**